IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LEDON RICHARDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SMART PAY LEASING, INC. d/b/a ) | |
| SMARTPAY EVERYDAY LEASING, ) | |
| ) | |
| Defendant. ) | Civil Action No. 3:16-CV-2266-C |

## JUDGMENT

For the reasons stated in the Court's order of even date,

IT IS ORDERED, ADJUDGED, AND DECREED that the above-styled and -numbered civil action is **DISMISSED without prejudice** and the parties are **ORDERED** to arbitrate their dispute.

Dated this 24th day of January, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE